

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 17 - 72 M |
| John Kuligowski, | : |
| Defendant. | : |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Alexander Mackler, Assistant United States Attorney, and moves for the pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(d), (e) and (f). In support of the Motion, the United States alleges the following:

1. **Eligibility of Case.** This case is eligible for a detention order because case involves (**check all that apply**):

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Minor victim

    ___X___ Possession/use of firearm, destructive device, or other dangerous weapon

    _____ Failure to register under 18 U.S.C. § 2250

    _____ Serious risk Defendant will flee

    _____ Serious risk obstruction of justice

DISTRICT OF DELAWARE
CLERK U.S. DISTRICT COURT
FILED
2017 APR -4 PM 3:35

2. **Reason for Detention.**   The Court should detain Defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

_____   Defendant's appearance as required

__X__    Safety of any other person and the community

3. **Rebuttable Presumption.**   The United States ~~will~~/will not invoke the rebuttable presumption against Defendant under § 3142(e).   (If yes) The presumption applies because **(check one or both)**:

_____ Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.**   The United States requests the Court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention.**   The United States request the temporary detention of the Defendant under 18 U.S.C. Section 3142(d) for a period of _____days (not more than 10) so that the appropriate officials can be notified since **(check A or B *and* C)**:

A.   At the time the offense was committed the Defendant was:

_____ (1) on release pending trial for a felony;

_____ (2) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

2

  _____ (3) on probation or parole for an offense.

B.  \_\_\_\_ The Defendant is not a U.S. citizen or lawfully admitted permanent resident.

C.  \_\_\_\_ The Defendant may flee or pose a danger to any other person or the community.

6. **Immigration Status**.

  _____ The Defendant is not a citizen of the U.S. or lawfully admitted for permanent residence and is removable from the United States under _____ (list applicable statutory section), and therefore is subject to arrest by an ICE officer should he/she be released from custody.

7. **Other Matters**.

_____

_____

DATED this 4th day of April, 2017.

            Respectfully submitted,

            DAVID C. WEISS
            ACTING UNITED STATES ATTORNEY

        BY:  */s/ Alexander S. Mackler*
            Alexander S. Mackler
            Assistant United States Attorney