AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

U.S. v. KULIGOWSKI

**WITNESS AND EXHIBIT RECORD** — PREL/DET HRG.

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|---|
| 4/13/17 | 17-72M | KINCAID | | | | EXCUSED | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | ~~RECROSS~~ | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| D'S JOSEPHINE QUINN (DEFT'S MOTHER) | 12:16pm | — | — | 12:24pm | SRF |
| D' TERRENCE WILLIAM QUINN (DEFT'S) | 12:25pm | 12:28pm | — | 12:30pm | SRF |

4/13/17 KJK

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|

4/13/17 KJK