IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Action No. 17-70 |
| JOHN KULIGOWSKI, | |
| Defendant. | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT ONE

On or about August 2, 2016, in the State and District of Delaware, **JOHN KULIGOWSKI**, defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of Delaware, did knowingly possess in and affecting interstate commerce a firearm, that is, a silver AMT .22-caliber Rimfire Magnum handgun, serial number H39179, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of Count One of this Information, JOHN KULIGOWSKI, defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to: one silver AMT .22-caliber Rimfire Magnum handgun,

serial number H39179; and one Iberia Firearms JCP, .40-caliber Smith & Wesson pistol, serial number X7249812.

        DAVID C. WEISS
        ACTING UNITED STATES ATTORNEY

By: _____
        Alexander S. Mackler
        Assistant United States Attorney

Dated: 9/29, 2017