IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 17-70-GMS |
| JOHN KULIGOWSKI, | : |
| Defendant. | : |

## ORDER FOR THE RETURN OF PROPERTY

WHEREAS, on February 12, 2018, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit property, including, but not limited to:

    a. One (1) silver AMT .22-caliber Rimfire Magnum handgun, serial number H39179 (assigned asset identification number 18-ATF-008860) (the "Subject Property").

WHEREAS, the United States caused to be published for at least thirty (30) consecutive days on an official government internet site (www.forfeiture.gov), notice of the forfeiture of the Subject Property; and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, Petitioner Richard D. McCampbell ("Petitioner") filed a timely petition,

WHEREAS, the United States has determined that the firearm was stolen from Petitioner in December of 2014,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property shall be returned to its rightful owner, Petitioner, as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated: May 1, 2018

SO ORDERED:

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE