PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Delaware

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  John Kuligowski

Case Number:  0311 1:17CR00070-001

Name of Sentencing Judicial Officer:  Honorable Gregory M. Sleet

Date of Original Sentence:  02/12/2018

Original Offense:
Possession of a Firearm by a Person Prohibited



Original Sentence:  Prison 27M, TSR 36M

Type of Supervision: TSR                                  Date Supervision Commenced:  07/17/2018

Assistant U.S. Attorney:  Alexander S. Mackler, Esquire

Defense Attorney:  Eleni Kousoulis, Esquire

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| One | Mandatory Condition #1: You shall not commit another federal, state or local crime.<br><br>On 10/17/18, the New Castle County Police Department (NCCPD) issued an arrest warrant for Mr. Kuligowski for the crime of felony theft over $1,500. The police report alleges that Mr. Kuligowski was working in the victim's home, and was captured on a surveillance camera going into the victim's jewelry box and removing a necklace valued at $3,000.00. Mr. Kuligowski is then observed in the surveillance video placing the necklace in his pocket. |

| Violation Number | Nature of Noncompliance |
|---|---|
| | Additionally, the same victim reported to NCCPD that other jewelry, including her engagement ring valued at $8,000, have been missing. The NCCPD officer obtained pawn shop records, indicating that Mr. Kuligowski had pawned an engagement ring that matched the description of the victim's ring. NCCPD informed this officer that additional felony warrants are likely to be filed. |
| Two | Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic thereafter, as determined by the court.<br><br>On 10/01/18, Mr. Kuligowski was asked to take a drug test at the United States Probation Office. Mr. Kuligowski refused to take the drug test, stating that he was suffering from a medical condition that had been medically treated earlier that day. This officer instructed him to return to the United States Probation office on 10/02/18, with medical documentation verifying his condition. Mr. Kuligowski failed to report to the office, and failed to provide any medical documentation. The drug test for 10/1/18 is considered a refusal/positive. |
| Three | Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the Court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>On 10/01/18, Mr. Kuligowski was instructed by this officer during an office visit to report back to the United States Probation Office on 10/02/18 and 10/11/18. Mr. Kuligowski failed to report as instructed for either appointment.<br><br>On 10/12/18, this officer left reporting instructions at Mr. Kuligowski's residence, instructing him to report to the United States Probation Office on 10/17/18 at 9:00 am. Mr. Kuligowski failed to report as instructed. |
| Four | Standard Condition #7: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.<br><br>In August 2018, Mr. Kuligowski stated that he was self-employed and doing home remodeling. On 08/17/18, Mr. Kuligowski was instructed by this officer during an office visit to provide documentation verifying his employment and that it was lawful. Mr. Kuligowski failed to provide any documentation verifying the legitimacy of his employment. |
| Five | Standard Condition #9: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>On 08/21/18, Mr. Kuligowski was contacted by New Castle County Police Department (NCCPD) during a motor vehicle stop and cited for Driving without a license. Mr. Kuligowski failed to report the incident to this officer. |

Mr. Kuligowski has failed to report to the United States Probation Office on multiple occasions, and his current whereabouts are unknown. There are active felony warrants for his arrest for new alleged crimes.

PROB 12C
(12/04)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be

  ☒ revoked.

  ☐ extended for ____ years, for a total term of ____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/17/18

Reviewed by:
*[signature]*

*[signature]*
U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other

*[signature]*
Signature of Judicial Officer

October 18, 2018
Date