IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.   17-70-GMS |
| JOHN KULIGOWSKI, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States of America and moves for the detention of the defendant, JOHN KULIGOWSKI, pursuant to 18 U.S.C. § 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) & 46(d), pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant cannot, by clear and convincing evidence, establish that he will not flee or pose a danger to any other person or the community.

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Christopher Howland
Assistant United States Attorney

Dated: October 24, 2018