IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 17-70-LPS |
| JOHN KULIGOWSKI, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**
**OF VIOLATION OF SUPERVISED RELEASE HEARING**

The Defendant, John Kuligowski, through undersigned counsel, Eleni Kousoulis, Assistant Federal Public Defender for the District of Delaware, hereby moves this Honorable Court for an Order continuing the Violation of Supervised Release Hearing in this case.

In support of this motion, Defendant submits as follows:

1. A Violation of Supervised Release Hearing in this matter is currently scheduled for November 1, 2018 at 10:00 a.m.

2. Presently, Mr. Kuligowski has pending Delaware state court charges. Defense counsel believes that it is in Mr. Kuligowski's best interests for Mr. Kuligowski to resolve his state court charges before proceeding with the Violation of Supervised Release Hearing in the present case. Defense counsel has discussed this with Mr. Kuligowski, and Mr. Kuligowski agrees that he would like to resolve his state court charges before proceeding with his violation hearing in the present case.

3. In light of the foregoing, Defense counsel respectfully requests that the Violation of Supervised Release Hearing be continued for approximately forty-five (45) days.

4.	Counsel for the government, Assistant United States Attorney Alexander Mackler, has no objection to the instant motion.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests that the Violation of Supervised Release Hearing in this matter be continued until anytime after December 17, 2018.

                                      Respectfully submitted,

                                      EDSON A. BOSTIC
                                      Federal Public Defender

Dated: October 29, 2018        By:    /s/ *Eleni Kousoulis*
                                                   ELENI KOUSOULIS, ESQUIRE
                                                   Assistant Federal Public Defender
                                                   800 King Street, Suite 200
                                                   Wilmington, DE  19801
                                                   302-573-6010
                                                    de_ecf@fd.org

                                                    Attorney for John Kuligowski